UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
5:19-cv-48-TBR

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY<br>    ***PLAINTIFF*** | )<br>)<br>)<br>) |
| VS. | )<br>) |
| PREFERRED SAFETY, LLC<br>    ***DEFENDANTS*** | )<br>)<br>) |
| VS. | )<br>)<br>) |
| WHITE and ASSOCIATES INSURANCE AGENCY, INC.,<br>WHITE & ASSOCIATES INSURANCE WIMBERLEY AGENCY, INC. and JON DYER<br>    ***THIRD PARTY DEFENDANTS*** | )<br>)<br>)<br>)<br>)<br>) |

AGREED ORDER OF DISMISSAL
WITH PREJUDICE

The Parties having informed the Court that dismissal of all claims is appropriate at this time, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that all claims herein, including but not limited to, the Plaintiff's Complaint, the Defendant's Counterclaim and Third Party Complaint, and all Cross Claims are **DISMISSED WITH PREJUDICE** with each Party to bear its own costs. The telephonic call on 7/6/21 is cancelled. (DN #65 now moot)

There being no just cause for delay, this Order shall be final and appealable.

This case is now closed.

*[signature: Thomas B. Russell]*

**Thomas B. Russell, Senior Judge**
**United States District Court**

June 28, 2021

1